UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-07096-SB-PLA | Date: | January 13, 2023 |
|---|---|---|---|

| Title: | *Securities and Exchange Commission v. Jonathan William Mikula et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Patricia Kim | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Charles E. Canter | Nina Marino |
|  | Alexandra N. Dunton-Stackhouse |

**Proceedings:** [Minutes of] Mandatory Scheduling Conference (Held and Completed)

Case called and appearances made. The Court hears from the parties as to the contents of the joint Rule 26(f) Report. The Court will issue a separate case management order.

: 12