UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-07096-SB-PLA | Date: | March 24, 2023 |
|---|---|---|---|

| Title: | *Securities and Exchange Commission v. Jonathan William Mikula et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Defendant(s): | Attorney(s) Present for Plaintiff(s): |
|---|---|
| Nina Marino | Charles E. Canter |
| Alexandra Dunton-Stackhouse | |
| Jerome Thomas | |

**Proceedings:**   [Minutes of] Motions to Dismiss (Dkt. Nos. 32, 45) (Held and Completed)

   Case called and appearances made. The Court second calls this matter to allow counsel for Defendant Jonathan William Mikula to review the Court's tentative ruling.

   Case recalled and appearances made. The Court hears argument from the parties on the Court's tentative ruling. The Court takes the motions under submission.

:<u>21</u>